NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HECTOR GONZALEZ-PAGAN,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2018-1572

---

Petition for review of the Merit Systems Protection Board in No. NY-4324-17-0161-I-1.

---

**JUDGMENT**

---

JUAN RAMON RODRIGUEZ, Rodriguez Lopez Law Office, Ponce, PR, argued for petitioner.

KATRINA LEDERER, Office of General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by KATHERINE MICHELLE SMITH, TRISTAN LEAVITT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, LINN, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>May 15, 2019</u>                    <u>/s/ Peter R. Marksteiner</u>
Date                                 Peter R. Marksteiner
                                     Clerk of Court